

# IN THE
# TENTH COURT OF APPEALS

———————

## No. 10-09-00181-CV

## IN RE PRUDENCIO CORDOVA

———————

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.[1]


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
     (Chief Justice Gray concurs in the judgment with a note)*
Petition denied
Motion to proceed in forma pauperis granted; motion for leave dismissed as moot
Opinion delivered and filed July 22, 2009
[OT06]

---

[1] Relator's motion to proceed in forma pauperis is granted.  Relator's motion for leave is dismissed as moot; such a motion is no longer necessary under the Rules of Appellate Procedure.

*(Chief Justice Gray concurs in the judgment to the extent it denies Cordova's petition for writ of mandamus.  A separate opinion will not issue.  He notes, however, that his concurrence is based on a review of the merits of the petition and not upon a procedural deficiency, if any.)